CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall, Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Facsimile: (916) 273-8956
Attorney for Defendant
Ibrahim Abbushi

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>IBRAHIM ABBUSHI; and Does 1-10,<br><br>    Defendants. | Case No.: 3:18-CV-07561-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Joint Stipulation            -1-            3:18-CV-07561-EMC

Dated: June 20, 2019    CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: June 20, 2019    LAW OFFICE OF RICK MORIN, PC

By: /s/ Richard Morin
    Richard Morin
    Attorneys for Defendant
    Ibrahim Abbushi

Dated: 6/20/2019

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA